# CONSENT TO BECOME PARTY PLAINTIFF

Fair Labor Standards Act of 1938, 29 U.S.C. 216(b)

I hereby consent to be a party plaintiff seeking unpaid wages including overtime against Allied First Bank, F.B., and its related entities. For purposes of pursuing my unpaid wages including minimum wage and/or overtime claims against Allied First Bank F.B., and its related entities, I choose to be represented by Rowdy Meeks Legal Group LLC, Donelon P.C., and other attorneys with whom they may associate.

Date: 1/26/2023

Signature: *Bart Gabe*
DocuSigned by: Bart Gabe
D9CE61A609B84C1...

Printed Name: Bart Gabe