IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated,<br><br>      Plaintiff,<br><br>vs.<br><br>**ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.**<br><br>      Defendant. | JURY TRIAL DEMANDED<br><br><br>Case no.: 1:23-cv-00914<br>Honorable Charles P. Kocoras |

**PLAINTIFF'S NOTICE OF FILING FLSA CONSENT TO JOIN FORM(S)**

Plaintiff, on behalf of himself and others similarly situated, hereby provides notice of filing the attached FLSA consent(s) to join this litigation, on behalf of the following opt-in plaintiff(s):

1. Jaykin Aghakian
2. Robert Butler
3. Payton Duplayee
4. Christopher Fox
5. Clayton McShane
6. Blake Stauffer

Dated: March 9, 2023

Respectfully submitted,

/s/ Rowdy B. Meeks
Rowdy B. Meeks, N.D. Ill #16068
**Rowdy Meeks Legal Group LLC**
8201 Mission Road, Suite 100
Prairie Village, Kansas 66208
Tel: (913) 766-5585
Fax: (816) 875-5069

/s/ Kenneth C. Apicella
Kenneth C. Apicella, N.D. Ill #6269344
**Drost, Gilbert, Andrew & Apicella, LLC**
4811 Emerson Ave Suite 110
Palatine, Illinois 60067
Tel: (847) 934-6000
Fax: (847) 934-6040

| | |
|---|---|
| Rowdy.Meeks@rmlegalgroup.com | KCA@dgaalaw.com |
| www.rmlegalgroup.com | www.dgaalaw.com |

*/s/ Brendan J. Donelon*
Brendan J. Donelon, Ill. 43901
DONELON, P.C.
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:	(816) 221-7100
Fax:	(816) 709-1044
brendan@donelonpc.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I certify that on this, the 9th day of March, 2023, I have served the foregoing on Defendants via the Court's CM/ECF electronic filing system, which will send electronic notification to all counsel of record.

                                          */s/ Rowdy B. Meeks*
                                          **Attorney for Plaintiff**