IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.**<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br><br>Case no.: 1:23-cv-00914<br>Honorable Charles P. Kocoras |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, whom Defendant(s) employed as a Mortgage Loan Originator, Loan Officer, Mortgage Loan Specialist, and/or in another like mortgage origination job, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover unpaid wages including minimum wage and/or overtime compensation not paid pursuant to the requirements of the Fair Labor Standards Act and state law. By my signature below, I designate the named Plaintiff(s) and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by FLSA Counsel from the Rowdy Meeks Legal Group LLC, Donelon P.C., and other attorneys with whom they may associate.

| | |
|---|---|
| Christopher Fox | *Christopher Fox* (DocuSigned) |
| **Full Name** (Print clearly) | **Signature** |
| Cfoxfam@outlook.com | 3/8/2023 |
| **E-mail** | **Date** |
| 602-503-1517 | |
| **Phone Number** | |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated, | JURY TRIAL DEMANDED |
| Plaintiff, | |
| vs. | Case no.: 1:23-cv-00914 |
| | Honorable Charles P. Kocoras |
| **ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.** | |
| Defendant. | |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, whom Defendant(s) employed as a Mortgage Loan Originator, Loan Officer, Mortgage Loan Specialist, and/or in another like mortgage origination job, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover unpaid wages including minimum wage and/or overtime compensation not paid pursuant to the requirements of the Fair Labor Standards Act and state law. By my signature below, I designate the named Plaintiff(s) and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by FLSA Counsel from the Rowdy Meeks Legal Group LLC, Donelon P.C., and other attorneys with whom they may associate.

Jaklin Aghakian

**Full Name** (Print clearly)

Jaklinaghakian@yahoo.com

**E-mail**

8183838795

**Phone Number**

**Signature**

3/8/2023

**Date**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.**<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br><br>Case no.: 1:23-cv-00914<br>Honorable Charles P. Kocoras |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, whom Defendant(s) employed as a Mortgage Loan Originator, Loan Officer, Mortgage Loan Specialist, and/or in another like mortgage origination job, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover unpaid wages including minimum wage and/or overtime compensation not paid pursuant to the requirements of the Fair Labor Standards Act and state law. By my signature below, I designate the named Plaintiff(s) and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by FLSA Counsel from the Rowdy Meeks Legal Group LLC, Donelon P.C., and other attorneys with whom they may associate.

Blake Stauffer

**Full Name** (Print clearly)

blakestauffer@gmail.com

**E-mail**

(417)592-1788

**Phone Number**

*Blake Stauffer* (DocuSigned)

**Signature**

3/8/2023

**Date**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated, | JURY TRIAL DEMANDED |
| Plaintiff, | |
| vs. | Case no.: 1:23-cv-00914 |
| | Honorable Charles P. Kocoras |
| **ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.** | |
| Defendant. | |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, whom Defendant(s) employed as a Mortgage Loan Originator, Loan Officer, Mortgage Loan Specialist, and/or in another like mortgage origination job, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover unpaid wages including minimum wage and/or overtime compensation not paid pursuant to the requirements of the Fair Labor Standards Act and state law. By my signature below, I designate the named Plaintiff(s) and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by FLSA Counsel from the Rowdy Meeks Legal Group LLC, Donelon P.C., and other attorneys with whom they may associate.

Clayton McShane

**Full Name** (Print clearly)

cjmcsh@yahoo.com

**E-mail**

480-335-2250

**Phone Number**

*[signature]*

**Signature**

3/3/2023

**Date**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.** )<br>)<br>)<br>Defendant. ) | JURY TRIAL DEMANDED<br><br><br><br>Case no.: 1:23-cv-00914<br>Honorable Charles P. Kocoras |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, whom Defendant(s) employed as a Mortgage Loan Originator, Loan Officer, Mortgage Loan Specialist, and/or in another like mortgage origination job, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover unpaid wages including minimum wage and/or overtime compensation not paid pursuant to the requirements of the Fair Labor Standards Act and state law. By my signature below, I designate the named Plaintiff(s) and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by FLSA Counsel from the Rowdy Meeks Legal Group LLC, Donelon P.C., and other attorneys with whom they may associate.

Robert Butler

**Full Name** (Print clearly)

Robert.j.butler123@gmail.com

**E-mail**

602-715-3719

**Phone Number**

*Robert Butler* (DocuSigned)

**Signature**

3/6/2023

**Date**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated, ) ) ) ) | JURY TRIAL DEMANDED |
| Plaintiff, ) ) | |
| vs. ) ) | Case no.: 1:23-cv-00914 |
| **ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.** ) ) ) | Honorable Charles P. Kocoras |
| Defendant. ) | |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, the undersigned, whom Defendant(s) employed as a Mortgage Loan Originator, Loan Officer, Mortgage Loan Specialist, and/or in another like mortgage origination job, hereby consent to be a party plaintiff in this lawsuit (or, if due to unforeseen procedural matters, any subsequent related suit), which is an action to recover unpaid wages including minimum wage and/or overtime compensation not paid pursuant to the requirements of the Fair Labor Standards Act and state law. By my signature below, I designate the named Plaintiff(s) and their attorneys as my representatives to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, and decisions regarding settlement, attorney's fees and costs and all other matters pertaining to this lawsuit. I understand that while I have the right to choose other counsel and to pursue my claims on my own behalf, I choose to be represented by FLSA Counsel from the Rowdy Meeks Legal Group LLC, Donelon P.C., and other attorneys with whom they may associate.

Payton Duplayee

**Full Name** (Print clearly)
duplayee7@hotmail.com

**E-mail**
715-966-5103

**Phone Number**

*Payton Duplayee*

**Signature**

3/7/2023

**Date**