# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case no.: 1:23-cv-00914 |
| **ALLIED FIRST BANK, S.B.,** and **ALLIED FIRST BANCORP, INC.** | ) ) ) ) | Honorable Charles P. Kocoras |
| Defendant. | ) ) | |

## PLAINTIFF'S NOTICE OF FILING FLSA CONSENT TO JOIN FORM(S)

Plaintiff, on behalf of himself and others similarly situated, hereby provides notice of filing the attached FLSA consent(s) to join this litigation, on behalf of the following opt-in plaintiff(s):

1. Charles Varga
2. Austin Malinowski
3. Thomas Hess
4. Nathan Gonzales
5. Aaron Schilling
6. Tanner Spray
7. Taber Spray
8. Johann Alfaro
9. Jordan Colwell
10. Wesley Goodman
11. Timothy Taitano

    12.     Jonathan Kreisman

Dated: March 24, 2023                                    Respectfully submitted,

*/s/ Rowdy B. Meeks*                                   */s/ Kenneth C. Apicella*
Rowdy B. Meeks, N.D. Ill #16068             Kenneth C. Apicella, N.D. Ill #6269344
**Rowdy Meeks Legal Group LLC**             **Drost, Gilbert, Andrew & Apicella, LLC**
8201 Mission Road, Suite 100                 4811 Emerson Ave Suite 110
Prairie Village, Kansas 66208                 Palatine, Illinois 60067
Tel: (913) 766-5585                                Tel: (847) 934-6000
Fax: (816) 875-5069                           Fax: (847) 934-6040
Rowdy.Meeks@rmlegalgroup.com            KCA@dgaalaw.com
www.rmlegalgroup.com                        www.dgaalaw.com

*/s/ Brendan J. Donelon*
Brendan J. Donelon, Ill. 43901
DONELON, P.C.
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel: (816) 221-7100
Fax: (816) 709-1044
brendan@donelonpc.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

     I certify that on this, the 24th day of March, 2023, I have served the foregoing on Defendants via the Court's CM/ECF electronic filing system, which will send electronic notification to all counsel of record.

                                                */s/ Rowdy B. Meeks*
                                                **Attorney for Plaintiff**