IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **BART GABE**, On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case no.: 1:23-cv-00914 Honorable Charles P. Kocoras |
| **ALLIED FIRST BANK, S.B., and ALLIED FIRST BANCORP, INC.** | ) ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF AN FLSA OPT-IN COMMON FUND SETTLEMENT

Plaintiff Bart Gabe, on behalf of himself and all others similarly situated, submits his Unopposed Motion for Approval of an FLSA Opt-In Common Fund Settlement. The Parties have agreed to settle this matter as demonstrated in the accompanying Memorandum in Support of this unopposed Motion. The settlement constitutes the resolution of a *bona fide* dispute between the Parties and is the result of almost one year of arm's length negotiations, conducted by the Parties' experienced counsel with the extensive assistance of mediator Lynn Cohn, a very well respected class and FLSA collective action mediator. The Settlement terms are reasonable, appropriate, and fair to all Parties and individuals involved.

As shown in the accompanying Memorandum, the Parties' settlement is a fair and reasonable resolution of a *bona fide* dispute between the Parties. Therefore, Plaintiff respectfully requests the Court approve the settlement, and authorize the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Plaintiff also requests that the Court appoint Ardens Claim Service as the third-party Settlement Administrator. Further, Plaintiff seeks Court approval of the following payments: (i) Service Award to Named Plaintiff Bart Gabe of $15,000;

(ii) Attorneys' Fees equal to One-Third of the Settlement; (iii) Plaintiffs' out of pocket litigation expenses of $15,278.46; and (iv) settlement administration fees to the Administrator in an amount of $50,000.

The Parties' Settlement provides FLSA Collective Members with significant monetary relief now. For the above reasons and those stated at length in the accompanying Memorandum, the Court should approve the Parties' settlement agreement.

Dated: February 13, 2024

Respectfully submitted,

*/s/ Rowdy B. Meeks*
Rowdy B. Meeks, N.D. Ill #16068
**Rowdy Meeks Legal Group LLC**
8201 Mission Road, Suite 250
Prairie Village, Kansas 66208
Tel: (913) 766-5585
Fax: (816) 875-5069
Rowdy.Meeks@rmlegalgroup.com
www.rmlegalgroup.com

*/s/ Kenneth C. Apicella*
Kenneth C. Apicella, N.D. Ill #6269344
**Drost, Gilbert, Andrew & Apicella, LLC**
800 E. Northwest Hwy, Ste 1090
Palatine, Illinois 60074
Tel: (847) 934-6000
Fax: (847) 934-6040
KCA@dgaalaw.com
www.dgaalaw.com

*/s/ Brendan J. Donelon*
Brendan J. Donelon, Ill. 43901
DONELON, P.C.
4600 Madison, Suite 810
Kansas City, Missouri 64112
Tel:    (816) 221-7100
Fax:    (816) 709-1044
brendan@donelonpc.com

Attorneys for Plaintiffs

**<u>Certificate of Service</u>**

      I hereby certify that a true and correct copy of the above was sent on <u>February 13, 2024</u> pursuant to the service requirements of the ECF/CM for the Northern District of Illinois which will notify all counsel of record.

                                                <u>/s/ Rowdy B. Meeks</u>
                                             Rowdy B. Meeks, Attorney for Plaintiff